Richard A. Clark SBN 39558
Michael B. Mellema SBN 247323
PARKER, MILLIKEN, CLARK,
O'HARA & SAMUELIAN
A Professional Corporation
555 S. Flower St., 30th Floor
Los Angeles, California 90071-2440
Telephone:  (213) 683-6500
Facsimile:   (213) 683-6669
rclark@pmcos.com
mmellema@pmcos.com

Attorneys for Plaintiffs David Garbarino, Trustee of and on behalf of Operating Engineers Pension Trust and Operating Engineers Health and Welfare Fund; and James Ryan, Trustee of and on behalf of Operating Engineers Pension Trust, Operating Engineers Health and Welfare Fund, and Operating Engineers Journeyman and Apprentice Training Trust

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DAVID GARBARINO, Trustee of and on behalf of Operating Engineers, Pension Trust and Operating Engineers Health and Welfare Fund; and JAMES RYAN, Trustee of and on behalf of Operating Engineers Pension Trust, Operating Engineers Health and Welfare Fund, and Operating Engineers Journeyman and Apprentice Training Trust,<br><br>        Plaintiffs,<br><br>   v.<br><br>CHARLES W. POSS, an individual and *former* Trustee of Operating Engineers, Pension Trust and Operating Engineers Health and Welfare Fund; CHARLES W. POSS III, an individual and Trustee of Operating Engineers Journeyman and Apprentice Training Trust; and C.W. POSS, INC, a California corporation,<br><br>        Defendants. | Case No.  2:15-cv-02865 DDP (JPRx)<br><br>**JUDGMENT PURSUANT TO WRITTEN STIPULATION** |

PARKER MILLIKEN CLARK O'HARA & SAMUELIAN, A PROFESSIONAL CORPORATION

Plaintiffs David Garbarino, Trustee of the Operating Engineers Pension Trust ("Pension Trust") and Operating Engineers Health and Welfare Fund ("H&W Fund"); and James Ryan, Trustee of the Pension Trust, H&W Fund and Operating Engineers Journeyman and Apprentice Training Trust ("Training Trust") (collectively "Plaintiffs"), on the one hand, and defendant C.W. Poss, Inc., a California corporation ("Defendant"), on the other hand (altogether, the "Parties"), having entered into a written Stipulation for Entry of Judgment herein and said Stipulation having been filed herein, and based upon the same and good cause appearing,

**IT IS ORDERED, ADJUDGED AND DECREED** that Judgment be entered in favor of Plaintiffs and against only Defendant C.W. Poss, Inc., a California corporation, on the third claim for relief in Plaintiffs' Complaint, in the sum of $1,068,279.18 in delinquent contributions, plus $1,213,715.30 in prejudgment interest, plus $712,183.23 in liquidated damages, for a total judgment in the amount of $ 2,994,177.71.  Plaintiff and Defendant C.W. Poss, Inc., shall bear their respective fees and costs incurred in this Action.  This Judgment may not be amended and shall not have any effect upon any other claims of Plaintiffs in the Action under the doctrines of res judicata, collateral estoppel, claims preclusion, issue preclusion, or otherwise.

DATED: June 29, 2016

By: _____
HON, DEAN D. PREGERSON
JUDGE OF THE UNITED STATES
DISTRICT COURT

445677

2

[PROPOSED] JUDGMENT PURSUANT TO WRITTEN STIPULATION